

FILED
MAR 15 2016
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-29-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL WAYNE SLOUGH and ASHLEY SHANTELL REYNA, | |
| Defendants. | |

Upon the United States' Motion to Dismiss Indictment and Quash Warrant (Doc. 17), and for good cause shown,

IT IS HEREBY ORDERED that due to the death of the defendant, the indictment against **Michael Wayne Slough** is **DISMISSED** and the warrant for his arrest is **QUASHED**.

DATED this 15th day of March, 2016.

SUSAN P. WATTERS
United States District Court Judge